IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLAUDIA ESTES, as personal
representative of the ESTATE OF
WILLIAM ESTES, JR., and
CLAUDIA ESTES, individually,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1770

     Appellants,

v.

DOUGLAS ALLAN SWARTZ,
M.D.; and INTEGRATED
COMMUNITY ONCOLOGY
NETWORK, LLC d/b/a McIver
Urological Clinic,

     Appellees.

_____/

Opinion filed December 19, 2016.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville. Karen E. Terry and
Matthew K. Schwencke of Searcy, Denney, Scarola, Barnhart & Shipley, P.A.,
West Palm Beach, for Appellants.

Michael R. D'Lugo and Richard E. Ramsey of Wicker, Smithy, O'Hara, McCoy &
Ford, P.A., Orlando, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.